628

427 A.2d 1203

Wassell, etc. v. Wassell, etc., Appellant.

Submitted December 6, 1979.  Samuel M. Tollen, for appellant;  Gerald J. Spitz, for appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Decree of partition affirmed.  Each party pays own costs.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.